```
                UNITED STATES DISTRICT COURT
                          FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA
```

CORNELIUS CARTER,              :
                               :
          Plaintiff            :    No. 1:14-CV-00626
                               :
     vs.                       :    (Judge Kane)
                               :
MR. KUHN, et al.,              :
                               :
                               :
          Defendants           :

## ORDER

**AND, NOW, THEREFORE**, this 30th day of September, 2015, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss (Doc. 25) filed on September 8, 2014, is granted.

2. Plaintiff's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. 1915(e)(2)(B)(ii).

3. Defendants' motion to dismiss (Doc. 40) filed on March 4, 2015, is denied as moot.[1]

4. Plaintiff's so-called "Motion Against All Dismissals" (Doc. 45) is construed as response to Defendants' motion to dismiss (Doc. 40) and is denied.

5. Plaintiff's motion for leave to file an amended complaint (Doc. 34) filed on November 24, 2014, is deemed

---

1. In this motion defendants requested that Carter's complaint be dismissed for failure to comply with this court's order of October 7, 2014, which directed Plaintiff to file a brief in opposition to defendants' motion to dismiss by October 27, 2014.

withdrawn for failure to file a supporting brief in accordance with Local Rule 7.5.

      6. Plaintiff's motion for summary judgment (Doc. 32) is denied as moot.

      7. Plaintiff is granted leave to amend his complaint within thirty (30) days of this order to address the pleading deficiencies identified herein. If Plaintiff does not file an amended complaint within thirty (30) days, the Clerk of Court is directed to close the above-captioned case.

      S/ Yvette Kane
      Yvette Kane
      United States District Judge